**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007/Fax (702) 380-2964
l.brandon@bsnv.law
s.pasquale@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN O'CONNELL, individually, | CASE NO.: 2:20-cv-01971-RFB-EJY |
| Plaintiff, | |
| vs. | |
| 99 CENTS ONLY STORES, LLC, a Foreign Limited-Liability Company; DOE EMPLOYEE, individually; DOE MANAGER, individually; DOES I-XX, inclusive; and ROE CORPORATIONS, I-XX, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS DEFENDANT 99 CENTS ONLY STORES, LLC WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and SARA PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC, and Plaintiff, JOAN O'CONNELL, by and through BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE GANIER,, ESQ., and JOSEPH W. GUINDY, ESQ., of MAINOR WIRTH, LLP, as follows:

That Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 8th day of February, 2022.  DATED this 8th day of February, 2022.

| **BRANDON \| SMERBER LAW FIRM** | **MAINOR WIRTH, LLP** |
|---|---|
| /s/ Lew Brandon, Jr. Esq. | /s/ Ash Marie Blackburn, Esq. |
| **LEW BRANDON, JR., ESQ.** | **BRADLEY S. MAINOR, ESQ.** |
| Nevada Bar No. 5880 | **JOSEPH J. WIRTH, ESQ.** |
| **SARA PASQUALE, ESQ.** | **ASH MARIE GANIER, ESQ.** |
| Nevada Bar No. 14412 | **JOSEPH W. GUINDY, ESQ.** |
| 139 East Warm Springs | 6018 S. Fort Apache Rd., Ste. 150 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89148 |
| (702) 380-0007 | brad@mwinjury.com |
| (702) 380-2964– *facsimile* | joe@mwinjury.com |
| l.brandon@bsnv.law | ash@mwinjury.com |
| s.pasquale@bsnv.law | jguindy@mwinjury.com |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff,* |
| *99 CENTS ONLY STORES, LLC* | *JOAN O'CONNELL* |

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __9th__ day of __February__, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
l.brandon@bsnv.law
s.pasquale@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*